[No. 3365–2.  Division Two.  August 7, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ALVIN
ROY MATUSKA, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 64717, John W. Schumacher and John
H. Kirkwood, JJ., entered January 27, 1978. *Affirmed* by
unpublished opinion per Petrie, J., concurred in by
Pearson, C.J., and Soule, J.

[No. 2867–3.  Division Three.  August 7, 1979.]

RUBY R. FULBRIGHT, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 31042, Lawrence Leahy, J., entered
March 20, 1978. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 2970–3.  Division Three.  August 7, 1979.]

LOCAL No. 407, UPHOLSTERERS INTERNATIONAL UNION
OF NORTH AMERICA, AFL–CIO, *Appellant,* v.
INLAND CASKET COMPANY, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, Nos. 242335, 242621, Richard P. Guy, J.,
entered June 6, 1978. *Affirmed* by unpublished opinion per
McCabe, J. Pro Tem., concurred in by Green, C.J., and
Roe, J.